**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

LOIS KRAMER,

    Plaintiff,

v.                                                  Case No. 04-CV-74362-DT

PAUL REVERE LIFE INSURANCE CO. and
PROVIDENT LIFE AND ACCIDENT
INSURANCE COMPANY,

    Defendants.
    _____/

**ORDER SETTING BRIEFING SCHEDULE**

On April 8, 2009, the Sixth Circuit Court of Appeals issued an opinion reversing this court in part and remanding for entry of a judgment in favor of Plaintiff Lois Kramer. The mandate was issued April 30, 2009, and the court conducted a status conference on May 26, 2009. During the conference, the parties indicated that, while they had agreed on the amount of benefits due to Plaintiff, they had not agreed on the calculation of interest. Moreover, Plaintiff intends to seek attorney fees, which Defendant will oppose. The court therefore sets the following briefing schedule to determine these disputed issues.

IT IS ORDERED that Plaintiff shall file her motion for amended judgment and attorney fees, including her arguments for the interest calculation, by **June 2, 2009**.

IT IS FURTHER ORDERED that Defendant shall file its response by **June 22, 2009.** Unless otherwise ordered, no reply is necessary.[1]

        S/Robert H. Cleland
        ROBERT H. CLELAND
        UNITED STATES DISTRICT JUDGE

Dated: May 29, 2009

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, May 29, 2009, by electronic and/or ordinary mail.

        S/Lisa Wagner
        Case Manager and Deputy Clerk
        (313) 234-5522

---

[1] In the event Plaintiff would like to file a reply, she should notify the court as soon as possible following the filing of the response.