UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LOIS KRAMER, M.D.

      Plaintiff,

vs.                                          Case No. 04-CV-74362-DT
                                             Hon. Robert H. Cleland

PAUL REVERE LIFE INSURANCE
COMPANY and PROVIDENT LIFE AND
ACCIDENT INSURANCE COMPANY,
 a foreign corporation,

      Defendant.

---

## FINAL JUDGMENT

This matter having come before the Court after remand from the United States Court of Appeals for the Sixth Circuit and the parties having stipulated to the form of this Judgment,

IT IS ORDERED AND ADJUDGED:

1. Pursuant to the ruling of the Sixth Circuit, Judgment is entered in favor of Plaintiff Lois Kramer and against Defendant Paul Revere Life Insurance Company.

2. The issue of pre-judgment interest was resolved by settlement of the parties and there is no further claim for pre-judgment interest on any amount due or claimed to be due or payable through the date of this Judgment.

3. Plaintiff is awarded attorneys fees and costs pursuant to 29 U.S.C. 1132(g)(1) in the amount of $79,295.00 in fees and $14,971.66 in costs for a total of $94,266.66.

4. Plaintiff is entitled to post-judgment interest on the attorneys fees and costs except that no interest shall be payable if the amount due under this Judgment in ¶3 is paid

within 10 business days of the date of this Judgment.

     5.    This Judgment resolves all claims that were raised in this case and is a final order.

                              s/Robert H. Cleland
                              Hon. Robert H. Cleland

Approved as to form:

/s/ Larry W. Bennett
Larry W. Bennett

/s/ Stephen L. Witenoff
Stephen L. Witenoff